In the Matter of the Petition of JAMES UNDERHILL, Respondent, for a Decree for the Payment of a Legacy under the Will of ABRAHAM UNDERHILL, Deceased; EDWARD C. UNDERHILL et al., as Executors, Appellants.

*Matter of Underhill,* 35 App. Div. 434, affirmed.
(Argued March 1, 1899; decided March 24, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1898, affirming a decree of the Surrogate's Court of the county of New York directing the payment of a legacy.

*J. Alexander Koones* for appellants.

*Robert D. Murray* for respondent.

Order affirmed, with costs, on opinion below.
All concur.